## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:24-cv-00212-MR-WCM

| | | |
|---|---|---|
| DAVID JENKINS<br>*individually and on behalf*<br>*of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SDS RESTAURANT GROUP, LLC;<br>DOES 1-25,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 14) filed by Nancy S. Litwak. The Motion indicates that Ms. Litwak, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Benjamin J. Sweet, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Case 1:24-cv-00212-MR-WCM    Document 15    Filed 12/27/24    Page 1 of 2

Accordingly, the Court **GRANTS** the Motion (Doc. 14) and **ADMITS** Benjamin J. Sweet to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 27, 2024

W. Carleton Metcalf
United States Magistrate Judge